IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-20402
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOHNNY COLON, also known as Ronal Ivan Lopez,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-00-CR-323-3
--------------------
August 21, 2002

Before  HIGGINBOTHAM, DAVIS, and PARKER, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Johnny Colon on appeal has filed a motion to withdraw from representation of Colon on appeal and a brief as required by *Anders v. California*, 386 U.S. 738 (1967).  Colon has filed a response.  Our independent review of counsel's brief, Colon's response, and the record discloses no nonfrivolous issue.  Accordingly, counsel's motion to withdraw is

---

[*]  Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

GRANTED; counsel is excused from further responsibilities herein and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.